# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

FREDERICK WEBSTER,

    Plaintiff,

v.                                CASE NO. 4:14cv114-RH/CAS

MICHAEL D. CREWS,
SECRETARY, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8 and the objections, ECF No. 9. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on May 31, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge